$\mathcal{S}$

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF

United States District Court
Southern District of Texas
FILED

SEP 0 1 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA NELDA ESPINOSA DE SALAS, ET AL | § § |
| versus | § |
| | § |
| UNITED STATES OF AMERICA, ET AL | § |

CIVIL ACTION    B 97-237

## Order Setting Hearing

1.     A hearing will be held before Judge Hilda G. Tagle on:

_September 22_, 1998

at _____ _9:00 a_.m.

Courtroom,  Fourth Floor
United States Court House
500 East Tenth Street
Brownsville, Texas  78521.

2.     Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.     The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery.  Counsel are to consult among themselves about these matters well in advance.  *See* Fed. R. Civ. P. 16.

Signed on _September 1_, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
mhrgddl.