8

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
OCT 1 9 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

Maria Nelda Espinoza § 
de Salas, et al §
§
versus §     CIVIL ACTION 97-237
§
§
United States of America, §
et al §

## Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

Signed October 19, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge